NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VB ASSETS, LLC,**

*Plaintiff-Cross-Appellant*

**v.**

**AMAZON.COM SERVICES LLC,**

*Defendant-Appellant*

---

2025-1854, 2025-1855

---

Appeals from the United States District Court for the District of Delaware in No. 1:19-cv-01410-MN, Judge Maryellen Noreika.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 29, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 29, 2026